```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06564
   SAM A HAGL
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0812

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/19/2008 and was confirmed 06/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 01/06/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
GREAT AMERICAN FINANCE    SECURED              700.00       13.32        86.91
GREAT AMERICAN FINANCE    UNSECURED            826.71         .00          .00
GREAT AMERICAN FINANCE    NOTICE ONLY       NOT FILED         .00          .00
GREAT AMERICAN FINANCE C  NOTICE ONLY       NOT FILED         .00          .00
INTEGRA BANK NA           SECURED VEHIC          .00          .00          .00
INTEGRA BANK              NOTICE ONLY       NOT FILED         .00          .00
INTEGRA BANK NA           SECURED VEHIC          .00          .00          .00
INTEGRA BANK NA           UNSECURED              .00          .00          .00
INTEGRA BANK              NOTICE ONLY       NOT FILED         .00          .00
PAMELA HAGL               NOTICE ONLY       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  PRIORITY            4147.34         .00          .00
ROUNDUP FUNDING LLC       UNSECURED            278.62         .00          .00
ROUNDUP FUNDING LLC       UNSECURED            507.14         .00          .00
CAPITAL ONE               UNSECURED           1373.62         .00          .00
COMCAST                   UNSECURED          NOT FILED         .00          .00
CREDIT MANAGEMENT INC     NOTICE ONLY       NOT FILED         .00          .00
H&F LAW                   UNSECURED         NOT FILED         .00          .00
HELLER & FRISONE          NOTICE ONLY       NOT FILED         .00          .00
WFINANCE                  NOTICE ONLY       NOT FILED         .00          .00
HSBC BANK NEVADA NA       UNSECURED            776.52         .00          .00
HSBC BANK NEVADA NA       UNSECURED            637.24         .00          .00
HSBC CARD SERVICES        NOTICE ONLY       NOT FILED         .00          .00
MCGANN & MATESEVIC        UNSECURED         NOT FILED         .00          .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED         .00          .00
MACNEAL HEALTH NETWORK    NOTICE ONLY       NOT FILED         .00          .00
PARC                      NOTICE ONLY       NOT FILED         .00          .00
MACNEAL HOSPITAL          UNSECURED         NOT FILED         .00          .00
PARC                      NOTICE ONLY       NOT FILED         .00          .00
MCNEAL HOSPITAL           UNSECURED         NOT FILED         .00          .00
MCNEAL HOSPITAL           UNSECURED         NOT FILED         .00          .00
MACNEAL HOSPITAL          NOTICE ONLY       NOT FILED         .00          .00
ECAST SETTLEMENT CORP     UNSECURED           1110.54         .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06564 SAM A HAGL
```

```
ECAST SETTLEMENT CORP     UNSECURED         1285.94              .00              .00
DONNA SOLUS               NOTICE ONLY    NOT FILED               .00              .00
COMMONWEALTH EDISON       UNSECURED          217.41              .00              .00
H&F LAW                   NOTICE ONLY    NOT FILED               .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          991.66              .00              .00
INTEGRA BANK NA           UNSECURED              .00             .00              .00
WELLS FARGO FINANCIAL IL  SECURED NOT I    3089.86               .00              .00
LEDFORD & WU              DEBTOR ATTY      3,000.00                          2,539.97
TOM VAUGHN                TRUSTEE                                              229.58
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,869.78

PRIORITY                                                 .00
SECURED                                                86.91
   INTEREST                                            13.32
UNSECURED                                                .00
ADMINISTRATIVE                                      2,539.97
TRUSTEE COMPENSATION                                  229.58
DEBTOR REFUND                                            .00
                          --------------         --------------
TOTALS                    2,869.78                  2,869.78
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
      Dated: 03/17/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                                  PAGE   2
           CASE NO. 08 B 06564 SAM A HAGL